# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:12-CV-336-JRG-RSP |
| | § | |
| TACO MAYO FRANCHISE | § | |
| SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

In light of the pending transfer of this case to the Western District of Oklahoma, **IT IS**

**HEREBY ORDERED THAT**:

(1)     The Scheduling and Discovery Orders are **VACATED**; and

(2)     All pending motions are **DENIED** without prejudice to refiling the same after this

case has been received by the Western District of Oklahoma.

**SIGNED this 25th day of March, 2013.**


_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE